| AO 10<br>Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Rogers, III, Thomas E. | 2. Court or Organization<br><br>U.S. District Court, SC | 3. Date of Report<br><br>06/07/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US Magistrate Judge - Full-time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial     ☑ Annual     ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>Post Office Box 2317<br>Florence, SC 29501 | | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, III, Thomas E. | 06/07/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, III, Thomas E. | 06/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 1.25 a Florence C (1/2011, $10,000) | | None | J | R | | | | | |
| 2. Brokerage account # 1 (Marked as # 1) | | | | | | | | | |
| 3. First Clearing, LLC - Cash balance | | None | J | T | | | | | |
| 4. # 1 - AT&T Inc. | A | Dividend | J | T | | | | | |
| 5. # 1 - Synergy Pharmaceuticals Inc. (SGYP) | | None | J | T | | | | | |
| 6. | | None | J | T | | | | | |
| 7. # 1 - Verizon Communications Com | A | Dividend | J | T | | | | | |
| 8. # 1 - SC Jobs Econ DV Ath Stdnt 4.25% 8/1/24 "Y" | A | Interest | J | T | | | | | |
| 9. #1 - General Electric Company | A | Dividend | | | Buy | 04/02/18 | J | | |
| 10. | | | | | Sold | 06/26/18 | J | A | |
| 11. Brokerage account # 2 (Marked as # 2) | | | | | | | | | |
| 12. # 2 - Cash balance - First Clearing, LLC | A | Int./Div. | J | T | | | | | |
| 13. # 2 - Exxon Mobil Corp | A | Dividend | J | T | | | | | |
| 14. Brokerage account # 3 (Marked as # 3) | | | | | | | | | |
| 15. # 3 - Ameritrade MMDA Account - Cash balance | A | Int./Div. | J | T | | | | | |
| 16. # 3 - Synergy Pharmaceuticals Inc Com (SGYP) | A | Dividend | J | T | Sold (part) | 05/25/18 | J | A | |
| 17. | | | | | Sold | 05/25/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, III, Thomas E. | 06/07/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy | 01/15/18 | J | | |
| 19. | | | | | Sold | 01/31/18 | J | A | |
| 20. | | | | | Buy | 01/15/18 | J | | |
| 21. | | | | | Sold | 05/25/18 | J | A | |
| 22. | | | | | Buy | 01/15/18 | J | | |
| 23. | | | | | Sold | 05/25/18 | J | A | |
| 24. | | | | | Buy | 01/15/18 | J | | |
| 25. | | | | | Sold | 07/11/18 | J | A | |
| 26. | | | | | Buy | 01/15/18 | J | | |
| 27. | | | | | Sold | 07/12/18 | J | A | |
| 28. | | | | | Buy | 07/13/18 | J | | |
| 29. | | | | | Sold | 07/16/18 | J | A | |
| 30. | | | | | Buy | 07/13/18 | J | | |
| 31. | | | | | Sold | 08/28/18 | J | A | |
| 32. | | | | | Buy | 07/13/18 | J | | |
| 33. | | | | | Sold | 10/25/18 | J | A | |
| 34. | | | | | Buy | 07/13/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, III, Thomas E. | 06/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 10/25/18 | J | A | |
| 36. | | | | | Buy | 12/07/18 | J | | |
| 37. | | | | | Sold | 12/12/18 | J | A | |
| 38. | | | | | Buy | 02/01/18 | J | | |
| 39. | | | | | Sold | 07/11/18 | J | A | |
| 40. | | | | | Buy | 05/24/18 | J | | |
| 41. | | | | | Sold | 07/12/18 | J | A | |
| 42. | | | | | Buy | 07/13/18 | J | | |
| 43. | | | | | Sold | 08/28/18 | J | A | |
| 44. | | | | | Buy | 07/13/18 | J | | |
| 45. | | | | | Sold | 10/25/18 | J | A | |
| 46. | | | | | Buy | 07/13/18 | J | | |
| 47. | | | | | Sold (part) | 10/25/18 | J | A | |
| 48. #3 - AT&T Inc (T) | A | Dividend | | | Buy | 06/27/18 | J | | |
| 49. | | | | | Sold | 07/12/18 | J | A | |
| 50. | | | | | Buy | 06/27/18 | K | | |
| 51. | | | | | Sold | 07/25/18 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, III, Thomas E. | 06/07/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. #3- Arotech Corporation Com (ARTX) | | None | | | Buy | 07/02/18 | J | | |
| 53. | | | | | Sold | 07/09/18 | J | A | |
| 54. #3 - General Electric Co Com (GE) | A | Dividend | | | Buy | 06/15/18 | J | | |
| 55. | | | | | Sold | 06/26/18 | J | A | |
| 56. #3- Quicklogic corp Com (QUIK) | | None | | | Buy | 08/15/18 | J | | |
| 57. | | | | | Sold | 10/02/18 | J | A | |
| 58. | | | | | Buy | 08/15/18 | J | | |
| 59. | | | | | Sold | 10/09/18 | J | A | |
| 60. | | | | | Buy | 08/15/18 | J | | |
| 61. | | | | | Sold | 10/22/18 | J | A | |
| 62. #3 - Snap Inc Com Cl A (SNAP) | | None | | | Buy | 05/31/18 | J | | |
| 63. | | | | | Sold | 06/18/18 | J | A | |
| 64. South State Bank checking | | None | J | T | | | | | |
| 65. Synovus (Formerly NBSC) | A | Interest | J | T | | | | | |
| 66. Wells Fargo, NA | A | Interest | J | T | | | | | |
| 67. Equitable Variable: EQ Aggressive (whole life policy) | | None | J | T | | | | | |
| 68. Jefferson-Pilot Adjustable Life policy | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, III, Thomas E. | 06/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. UGMA # A (Marked as # A) | | | | | | | | | |
| 70. # A - Capital World Growth & Income Fund - Class F-1 (CWGFX) | A | Dividend | J | T | | | | | |
| 71. # A - First Clearing , LLC - Cash balance | A | Interest | J | T | | | | | |
| 72. # A American Fds Washington Mut (Edu Svgs Acct)(no control) | A | Int./Div. | J | T | | | | | |
| 73. UGMA # A, Trust 1 (Marked as # AT1) | | | | | | | | | |
| 74. # AT1 - First Clearing, LLC - Cash balance | A | Int./Div. | J | T | | | | | |
| 75. # AT1 - AT&T Inc. (T) | A | Dividend | J | T | | | | | |
| 76. # AT1 - Hartford Fortis Funds (HGOCX) | A | Dividend | K | T | Sold (part) | 02/09/18 | J | A | |
| 77. | | | | | Sold (part) | 07/18/18 | J | A | |
| 78. # AT1 - Hartford Mut Fds Inc (HIOCX) | A | Dividend | J | T | Sold (part) | 11/26/18 | J | A | |
| 79. | | | | | Sold (part) | 11/26/18 | J | A | |
| 80. | | | | | Sold (part) | 11/26/18 | J | A | |
| 81. | | | | | Sold (part) | 11/26/18 | J | A | |
| 82. | | | | | Sold | 11/26/18 | J | A | |
| 83. # ATI - Hartford Mut Fds (HDGCX) | A | Dividend | K | T | Sold (part) | 11/26/18 | J | A | |
| 84. # ATI - MFS Ser Tr XIII (DIFCX) | A | Dividend | J | T | | | | | |
| 85. # AT1 - Principal Fds Inc (PMSCX) | A | Dividend | J | T | Sold (part) | 11/26/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, III, Thomas E. | 06/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 11/26/18 | J | A | |
| 87. | | | | | Sold | 11/26/18 | J | A | |
| 88. # ATI - Thorburg Invt Tr (THOCX) | A | Dividend | J | T | Sold (part) | 11/26/18 | J | A | |
| 89. | | | | | Sold (part) | 11/26/18 | J | A | |
| 90. | | | | | Sold | 11/26/18 | J | A | |
| 91. UGMA # B (Marked ad # B) | | | | | | | | | |
| 92. # B - Capital World Growth & Income Fund - F-1 (CWGFX) | A | Dividend | J | T | | | | | |
| 93. # B First Clearing , LLC - Cash balance | A | Interest | J | T | | | | | |
| 94. # B Columbia Mgmt Futre Schol 529 Collge Svng Pl (no control) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, III, Thomas E. | 06/07/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII, page 4, line 1, Column B(1) for 1.25 acres Florence County received no rental income for the year therefore, column B(2) is "None".

Part VII Investments and Trust, line 70 and 92 Capital World Growth & Income Fd Inc Cl C (CWGCX) converts to Class F-1 shares after 10 years. The exchange took place on 12/13/2016. The converted shares are called Capital World Growth & Income Fund-Class F-1 (CWCFX).

Part VII, lines 3, 12, 15, 71,74, and 93 are the money market account portions of the brokerage accounts which act as sweep accounts for uninvested cash in that specific brokerage account. We believe these to be a widely held accounts because they are a part of the brokerage accounts.

Part VII, lines 2, 11, 14, 69, 73, and 91 are header lines for the investments listed below the specific line.

Part VII, lines 5 and 6, Synergy Pharmaceuticals, Inc (SGYP) was purchased twice on 08/11/2017. Both of these transactions were erroneously omitted from the prior years schedule. Both purchases combined amount to less than $15,000.00 total.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas E. Rogers, III**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544